UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KEVIN GAREY, :
:
Plaintiff, :
:
-v- : 18-CV-10574 (JMF)
:
JOHN DOE CORP / A.B.C. CORP., : ORDER OF DISMISSAL
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 14, 2019, Plaintiff filed his Amended Complaint, substituting Defendant John Doe Corp / A.B.C. Corp. ("A.B.C.") as the sole Defendant in this action. *See* Docket No. 9. As of the date of this Order, the docket does not reflect that A.B.C. has been served with the summons and Amended Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. On May 16, 2019, the Court ordered Plaintiff to show good cause in writing why service was not made within the 90 days — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* Docket No. 14. The Court notified Plaintiff that if he did not show good cause or file anything by May 22, 2019, the Court would dismiss the Amended Complaint. *Id.* Plaintiff did not file anything by the deadline.

    It is therefore ORDERED that the Amended Complaint be and is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: May 23, 2019
       New York, New York
                                      JESSE M. FURMAN
                                United States District Judge